[No. 4963–1. Division One. November 21, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. EUGENE PARKER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 75623, Carolyn R. Dimmick, J., entered August 26, 1976. *Affirmed* by unpublished opinion per Callow, J., concurred in by Farris, C.J., and James, J.

[No. 5051–1. Division One. November 21, 1977.]

*In the Matter of the Welfare of* DEMATRIOUS TALLEY, ET AL.

Appeal from judgments of the Superior Court for King County, Nos. J–74423, J–74424, David W. Soukup, J., entered July 23, 1976. *Affirmed* by unpublished per curiam opinion.

[No. 5057–1. Division One. November 21, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL POWELL, *Appellant.*

Appeal from a judgment of the Superior Court for Island County, No. 2512, Howard A. Patrick, J., entered October 1, 1976. *Affirmed* by unpublished opinion per Callow, J., concurred in by Farris, C.J., and James, J.